```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 00867
   KEVIN L KARAS
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-0702


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/11/05 and confirmed on 03/30/05.

    2.  The case was dismissed after confirmation, 10/05/2007.

    3.  The Debtor paid a total of $  39950.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG  CURRENT MORTG          .00            .00             .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE     21002.70            .00        21002.70
HONEYTREE IMPROVEMENT AS  SECURED             520.00            .00          422.86
FORD MOTOR CREDIT CO      SECURED           16081.33         2236.81       12740.36
FORD MOTOR CREDIT         UNSECURED          1285.53            .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          2959.01            .00             .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  37604.03          .00      4244.54          .00       41848.57
PRINCIPAL PAID      34165.92          .00          .00          .00       34165.92
INTEREST PAID        2236.81          .00          .00          .00        2236.81
TOTAL PAID          36402.73          .00          .00          .00       36402.73
The Debtor's attorney, SCHOTTLER & ZUKOSKY             , was allowed $   2200.00
and was paid $    400.00  direct and $   1800.00  through the plan.

The Trustee received $   1747.27 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 01/10/08              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
CASE NO. 05 B 00867 KEVIN L KARAS
```